UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 2 5 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES OF AMERICA,**

   Plaintiff,

  v.

Arcenio GARCIA-Solorio,

   Defendant.

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, USC 1326 Deported Alien Found In The United States

'16MJ3620

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about November 24, 2016, within the Southern District of California, defendant, Arsenio GARCIA-Solorio, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew Michelson
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 25th DAY OF November, 2016.

JILL L. BURKHARDT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Arcenio GARCIA-Solorio

## PROBABLE CAUSE STATEMENT

On November 24, 2016, Border Patrol Agent, Canine Handler G. Huertas, was performing assigned duties in the Brown Field Border Patrol Station's area of operations near an area known to Border Patrol Agents as "Chicken Ranch Road." At approximately 10:45 AM, Agent Huertas was advised via service radio, of a report of three suspected undocumented individuals walking north on Marron Valley Road. Agent Huertas responded to the area and deployed his service canine. Agent Huertas' canine partner acknowledged a scent, and followed the scent to the location of three individuals in the creek bed east off Marron Valley Road in thick brush. This area is located approximately six miles east of the Otay Mesa, California, port of entry and approximately four miles north of the United States/Mexico International Boundary. Agent Huertas approached the individuals, identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. All three individuals, including one later identified as the defendant, Arcenio GARCIA-Solorio, stated they were citizens of Mexico, not in possession of legal immigration documents that would allow them to enter or remain in the United States legally. At approximately 11:00 AM, Agent Huertas placed all three individuals, including GARCIA, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 8, 2014 through Harlingen, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.