**FILED**

Dec 22 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ roiannb         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

ARCENIO GARCIA-SOLORIO,

                  Defendant.

Case No.  16cr2997-BAS

**I N F O R M A T I O N**

Title 8, U.S.C., Sec. 1326(a) and (b)- Removed Alien Found in the United States (Felony)

The United States Attorney charges:

On or about November 24, 2016, within the Southern District of California, defendant ARCENIO GARCIA-SOLORIO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

1

2       It is further alleged that defendant was removed from the

3   United States subsequent to January 27, 2011.

4       DATED:   12/22/16   .

5                                        LAURA E. DUFFY
                                         United States Attorney
6

7                                                               for

8                                        STEVEN LEE
                                         Special Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27